ROSE, *Appellant*, v. ROSE.

### Division Two, May 21, 1895.

Appellate Practice: DELIVERY OF COPY OF APPELLANT'S BRIEF TO RESPONDENT: DISMISSAL OF APPEAL. Where an appellant fails to deliver to the respondent a copy of his brief thirty days before the day on which the cause is set for hearing, as required by rule 15 of the supreme court, the appeal will be dismissed on motion of the respondent, as authorized by rule 16.

*Appeal from St. Louis City Circuit Court.*—HON. L. B. VALLIANT, Judge.

APPEAL DISMISSED.

*E. T. Farish* for appellant.

*Geo. D. Reynolds* for respondent.

The cause was set for hearing April 15, 1895. Appellant's brief was not served on respondent until March 23, 1895, less than thirty days before the day set for hearing. Rule 15 of the supreme court requires at least thirty days' service and rule 16 authorizes the dismissal of the appeal for failure to comply with rule 15. Respondent asks that the appeal be dismissed.

BURGESS, J.—In this case appellant failed to deliver to respondent a copy of his brief thirty days before the cause was set for hearing, in accordance with rule 15 of this court, and for failure to do so respondent insists that the appeal should be dismissed.

The case was set for hearing on the fifteenth day of April, 1895, while a copy of appellant's brief was not delivered to respondent until the twenty-third day of

March, 1895, less than thirty days before the case was set for hearing.

By rule 16, it is provided that if any appellant in any civil case fail to comply with rule 15, when the cause is called for hearing the appeal will be dismissed, or at the option of the respondent the cause may be continued at the costs of the party in default. As respondent insists that the appeal shall be dismissed, it is so ordered. All of this division concur.